**DISMISS and Opinion Filed October 25, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-19-01198-CV**

**BRIAN KOEN D/B/A LOMBARDY LN. BARBEQUE, Appellant**
**V.**
**SOUTHWEST AUTO TOW, Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-03679-D**

# MEMORANDUM OPINION

Before Chief Justice Burns, Justice Whitehill, and Justice Schenck
Opinion by Justice Whitehill

Before the Court is appellant's motion to withdraw this appeal. We grant the motion and

dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(1).


/Bill Whitehill/
BILL WHITEHILL
JUSTICE

191198F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

BRIAN KOEN D/B/A LOMBARDY LN. BARBEQUE, Appellant

No. 05-19-01198-CV      V.

SOUTHWEST AUTO TOW, Appellee

On Appeal from the County Court at Law No. 4, Dallas County, Texas
Trial Court Cause No. CC-18-03679-D.
Opinion delivered by Justice Whitehill.
Chief Justice Burns and Justice Schenck participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee SOUTHWEST AUTO TOW recover its costs of this appeal from appellant BRIAN KOEN D/B/A LOMBARDY LN. BARBEQUE.

Judgment entered October 25, 2019